1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| LAURA FELICIANO, | ) | |
|---|---|---|
| | ) | 1:05-CV-680 OWW TAG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on May 20, 2005 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: February 22, 2006       /s/ Gina Fazio

                               GINA FAZIO, ESQ.
                               Attorney for Plaintiff

Dated: March 3, 2006

                               MCGREGOR SCOTT
                               United States Attorney

                               By: /s/ Kristi C. Kapetan
                               (as authorized via facsimile)
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney

1 | IT IS SO ORDERED.

2 | **Dated:    March 8, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE